IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CV-00646-KS

ANTHONY D. McNEILL,
    Plaintiff,

vs.

CAROLYN W. COLVIN,
  Acting Commissioner of
  Social Security,
    Defendant.

ORDER GRANTING DEFENDANT'S MOTION
TO APPEAR BY VIDEO-TELEPHONE CONFERENCE

Upon consideration of Defendant's unopposed Motion to Appear by Video-Telephone conference for the hearing scheduled on November 10, 2016 at 11:00 a.m., it is hereby ORDERED that Defendant's motion is GRANTED.

SO ORDERED this 3rd day of October, 2016.

Kimberly A. Swank
United States Magistrate Judge