UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ANTHONY D. McNEILL, )
    Plaintiff, )
)
v. )
) **JUDGMENT**
NANCY A. BERRYHILL, )
*Acting Commissioner of Social Security,* ) Case No. 5:15-CV-646-KS
    Defendant. )
)

## Decision by Court.

This action came before United States Magistrate Judge Kimberly A. Swank for consideration of the parties' cross motions for judgment on the pleadings.

IT IS ORDERED, ADJUDGED AND DECREED the court GRANTS Plaintiff's Motion for Judgment on the Pleadings [DE-14], DENIES Defendant's Motion for Judgment on the Pleadings [DE-18] and the case is REMANDED to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further consideration.

This judgment filed and entered on **March 20, 2017,** with electronic service upon:

**Charlotte Hall,** *Counsel for Plaintiff*
**Wanda Mason**, *Counsel for Defendant*

                             **PETER A. MOORE, JR.,**
                             CLERK, U.S. DISTRICT COURT

                             /s/ *Shelia Foell*
                             (By): Shelia Foell, Deputy Clerk