IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CV-00646-KS

| | |
|---|---|
| ANTHONY MCNEILL,<br>Plaintiff,<br><br>vs.<br><br>NANCY BERRYHILL,<br>Acting Commissioner of Social Security,<br>Defendant. | ) <br> ) <br> ) CONSENT ORDER FOR PAYMENT OF <br> ) FEES AND COSTS PURSUANT TO THE <br> ) EQUAL ACCESS TO JUSTICE ACT <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

This matter being submitted to the Court for entry of a Consent Order agreed to by the parties, and it appearing that Plaintiff, by and through his attorney, has executed this Consent Order, and Defendant has executed this Consent Order, by and through the undersigned Special Assistant United States Attorney; and it appearing that the parties have agreed to an award to the Plaintiff of **$ 5,250.00** for attorney fees in full and final settlement of all claims arising from the above captioned case pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d); and it appearing further that the Plaintiff has assigned his right to payment of such fees and costs to his attorney. Plaintiff also seeks reimbursement of the $400.00 filing fee paid at the commencement of this action from the Treasury Judgment Fund. Defendant does not object to the reimbursement of the $400.00 filing fee.

It is therefore ORDERED, this the \_\_\_28th\_\_\_ day of \_\_\_June\_\_\_ 2017, that the Plaintiff shall be, and hereby is, awarded the sum of **$ 5,250.00** for attorney fees and reimbursement of the $400.00 filing fee paid at the commencement of this action from the

Treasury Judgment Fund, in full satisfaction of any and all claims against the Defendant arising from the above captioned case under the EAJA, 28 U.S.C. § 2412(d), and upon the payment of such sum, the Defendant shall be discharged from any further liability for fees, costs or expenses up until this point in time; and it is further

ORDERED, that in accordance with Plaintiff's assignment of EAJA fees, if there is no debt that qualifies under the Treasury Offset Program, the award will be sent Plaintiff's Counsel's office address, Charlotte Hall, attorney. If there is such a debt, any amount remaining after offset will be made payable to Plaintiff and sent to Plaintiff's counsel.

_____
KIMBERLY A. SWANK
United States Magistrate Judge

CONSENTED TO:

/s/**Charlotte W. Hall**
N.C. Bar # 41930
Charles T. Hall Law Firm, P.C. Wilmington, NC 28405
P.O. Box 27605
Telephone: 919-791-1883
Facsimile: 919-791-1886
Email: charlotte@charleshallfirm.com

/s/ *Wanda D. Mason*
Attorney for Defendant
Special Assistant United States Attorney
Social Security Administration
Office of the General Counsel
Room 617, Altmeyer Building
6401 Security Boulevard
Baltimore, Maryland 21235
Telephone: 410-966-5044
Fax: 410-597-0137
E-mail: Wanda.Mason@ssa.gov
Maryland Bar