UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| ANTHONY McNEILL, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| | ) | Case No. 5:15-CV-646-KS |
| NANCY BERRYHILL, | ) | |
| *Acting Commissioner of Social Security,* | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before United States Magistrate Judge Kimberly A. Swank for consideration of the Plaintiff's Motion for Attorney Fees.

IT IS ORDERED, ADJUDGED AND DECREED that Defendant pay to Plaintiff $5,250.00 in attorney's fees and reimbursement of the $400.00 filing fee paid at the commencement of this action from the Treasury Judgment Fund, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

This judgment filed and entered on June 29, 2017, with *electronic service* upon:

**Charlotte Hall**
*Counsel for Plaintiff*

**Wanda Mason**
*Counsel for Defendant*

**PETER A. MOORE, JR.**
**CLERK, U.S. DISTRICT COURT**

June 29, 2017

/s/ *Shelia D. Foell*
(By): Shelia D. Foell, Deputy Clerk